UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
AUG 0 8 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:12-MJ-1584

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| ALLEN, LISA C. | ) |
| | ) |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about May 6, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ALLEN, LISA C., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that she had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about May 6, 2012, ALLEN, LISA C., refused to submit to a test or tests of the defendant's blood, breath or urine upon the request of a police officer having reasonable grounds to believe the defendant operated a motor vehicle on the Fort Bragg Military Reservation, an area within the special

maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, while under the influence of drugs or alcohol, in violation of Title 18, United States Code, Section 3118.

## COUNT THREE

THAT, on or about May 6, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ALLEN, LISA C., did willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge a duty of his office, to wit: by moving roadway evidence from a crash, looking inside the vehicle after being told not to, and refusing to give her information, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-223.

## COUNT FOUR

THAT, on or about May 6, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ALLEN, LISA C., did operate a motor vehicle on a highway without being properly licensed while driving the vehicle, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-7a.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: *Stacey A. Guthartz Cohen*
STACEY A. GUTHARTZ COHEN
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222